No. 621. GLASTON *v.* GLASTON. January 28, 1946. Petition for writ of certiorari to the District Court of Appeal, 2d Appellate District, of California, denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. Sanford H. Cohen* for petitioner. *Mrs. Dolly Lee Butler* for respondent.

No. 623. EVENOW *v.* ILLINOIS. January 28, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.

No. 624. JOINER *v.* RAGEN, WARDEN. January 28, 1946. Petition for writ of certiorari to the Criminal Court, Cook County, Illinois, denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.

No. 635. WILLIAMS *v.* RAGEN, WARDEN. January 28, 1946. Petition for writ of certiorari to the Criminal Court, Cook County, Illinois, denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.